UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVAUGHN HORTON

Defendant.

23-CR-526-1 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The sentencing in this matter as to Mr. Horton, previously scheduled for August 8, 2024, is rescheduled for **August 14, 2024, at 3:00 p.m.** in Courtroom 11B of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: July 18, 2024
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge